# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CHARLES BASS, | : No. 108 EM 2014 |
| Petitioner | : |
| v. | : |
| THE DISTRICT ATTORNEY OF PHILADELPHIA COUNTY THE ATTORNEY GENERAL OF PENNSYLVANIA THE SUPERINTENDENT OF SCI-DALLAS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 24th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.